**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

REGINALD CHARLES SCOTT,    :    No. 129 MM 2017
:
    Petitioner    :
:
:
:
    v.    :
:
:
:
RICHARD A. LEWIS, PRESIDENT    :
JUDGE OF THE COURT OF COMMON    :
PLEAS OF DAUPHIN COUNTY,    :
PENNSYLVANIA,    :
:
    Respondent    :

## ORDER

**PER CURIAM**

  **AND NOW**, this 19th day of October, 2017, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and/or Extraordinary Relief" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.